```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 04 B 33519
   PATRICIA M PRICE
                                         CHAPTER 13

                                         JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-0294

-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 09/09/2004 and was confirmed 11/04/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 08/02/2007.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
-----------------------------------------------------------------------
ROUNDUP FUNDING LLC        SECURED           1700.00         93.85         1700.00
AMERICREDIT FINANCIAL SV   UNSECURED         3118.94           .00          231.54
ILLINOIS DEPT OF REVENUE   PRIORITY           303.11           .00          303.11
ADVANCE TIL PAYDAY         UNSECURED          315.20           .00           15.19
AMERICASH LOANS LLC        UNSECURED          371.79           .00           17.92
AMERICAN CORADIUS INC      UNSECURED        NOT FILED          .00             .00
CAPITAL ONE BANK           UNSECURED        NOT FILED          .00             .00
CASH EXPRESS COLLECTION    UNSECURED        NOT FILED          .00             .00
CASH TO GO                 UNSECURED        NOT FILED          .00             .00
AT & T WIRELESS            UNSECURED        NOT FILED          .00             .00
CINGULAR WIRELESS          NOTICE ONLY      NOT FILED          .00             .00
COLLECTION PROFESSIONAL    UNSECURED        NOT FILED          .00             .00
CREDIT PROTECTION ASSOCI   UNSECURED        NOT FILED          .00             .00
DONALD C DONAGHER          UNSECURED        NOT FILED          .00             .00
FAST CASH ADVANCE          UNSECURED        NOT FILED          .00             .00
TRILOGY CAPITAL MANAGEME   UNSECURED         1435.73           .00          106.59
ILLINOIS DEPT OF EMPLOYM   UNSECURED         5776.00           .00          428.81
ILLINOIS TITLE LOANS       UNSECURED        NOT FILED          .00             .00
INSTANT CASH ADVANCE       UNSECURED        NOT FILED          .00             .00
K MART                     UNSECURED        NOT FILED          .00             .00
KMART                      NOTICE ONLY      NOT FILED          .00             .00
MB FINANCIAL BANK          UNSECURED        NOT FILED          .00             .00
JEFFERSON CAPITAL SYSTEM   UNSECURED          903.74           .00           67.09
MUNICIPAL COLLECTION SER   UNSECURED          250.00           .00           15.30
NATIONAL ENTERPRISE SYST   UNSECURED        NOT FILED          .00             .00
NCO FINANCIAL SYSTEMS IN   UNSECURED        NOT FILED          .00             .00
OXFORD MANAGEMENT SERV     UNSECURED        NOT FILED          .00             .00
PAYDAY LOAN                UNSECURED        NOT FILED          .00             .00
PAYDAY LOAN                UNSECURED        NOT FILED          .00             .00
PAYDAY LOAN STORE          UNSECURED        NOT FILED          .00             .00
TELECHECK                  UNSECURED        NOT FILED          .00             .00
TELECOM USA                UNSECURED        NOT FILED          .00             .00
```

PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 33519 PATRICIA M PRICE

```
USA PAY DAY LOANS          UNSECURED        NOT FILED              .00              .00
ILLINOIS DEPT OF REVENUE   UNSECURED            84.68               .00              .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       2,430.20                          2,430.20
TOM VAUGHN                 TRUSTEE                                               300.64
DEBTOR REFUND              REFUND                                                 29.25

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                            RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                     5,739.49

PRIORITY                                             303.11
SECURED                                            1,700.00
   INTEREST                                           93.85
UNSECURED                                            882.44
ADMINISTRATIVE                                     2,430.20
TRUSTEE COMPENSATION                                 300.64
DEBTOR REFUND                                         29.25
                          ---------------       ---------------
TOTALS                      5,739.49               5,739.49
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 02/26/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE